UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA ASHLEY LIMON, #953270,

        Petitioner,

                                                        CASE NO. 4:18-CV-10772

v.

                                                        HON. LINDA V. PARKER

SHAWN BREWER,

        Respondent.
_____/

**OPINION & ORDER GRANTING PETITIONER'S
MOTION TO SUPPLEMENT HABEAS PETITION REPLY (ECF NO. 19)**

In June 2019, Michigan prisoner Andrea Ashley Limon ("Petitioner") filed a pro se amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging her state criminal proceedings. (ECF Nos. 12, 13.) Shawn Brewer ("Respondent") filed an answer to the amended petition and the additional state court record in August 2019. (ECF No. 16.) Petitioner filed a reply to that answer in October 2019. (ECF No. 18.) The matter is now before the Court on Petitioner's Motion to Supplement Habeas Petition Reply with Additional U.S. Supreme Court and Michigan Case Law. (ECF No. 19.) The Court has discretion to allow amendment of habeas pleadings. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having considered the

matter, the Court finds that Petitioner should be allowed to supplement her reply as requested in the interests of justice.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Supplement Habeas Petition Reply with Additional U.S. Supreme Court and Michigan Case Law (ECF No. 19) is **GRANTED**.

**IT IS SO ORDERED**.

        s/Linda V. Parker
        LINDA V. PARKER
        UNITED STATES DISTRICT JUDGE

Dated: August 5, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 5, 2020, by electronic and/or U.S. First Class mail.

        s/ R. Loury
        Case Manager